FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

DEC 18 2024

_JT_
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| | ) NO. 3:24-00236 |
| v. | ) |
| | ) 18 U.S.C. § 922(g)(1) |
| | ) 18 U.S.C. § 924 |
| | ) |
| DEMARCO C. TAYLOR | ) |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

On or about February 2, 2024, in the Middle District of Tennessee, the defendant, **DEMARCO C. TAYLOR**, knowing he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: a Smith and Wesson, model SD40 VE, .40 caliber S&W pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

### FORFEITURE ALLEGATION

THE GRAND JURY FURTHER CHARGES:

1. The allegations contained in this Indictment are hereby re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

2. Upon conviction of this Indictment, the defendant, **DEMARCO C. TAYLOR**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) any firearm or ammunition involved in or used in a

knowing violation of Title 18, United States Code, Sections 922(g)(1) and 924, as charged in the Indictment, including but not limited to the following:

(1) a Smith and Wesson, model SD40 VE, .40 caliber S&W pistol, bearing serial number FXN6613; and

(2) any related ammunition.

A TRUE BILL

███████████

FOREPERSON

THOMAS J. JAWORSKI
ACTING UNITED STATES ATTORNEY

PHILIP H. WEHBY
ASSISTANT UNITED STATES ATTORNEY